AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Wilson, Stephen V. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>06/22/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address<br><br>U.S. District Court<br>312 N. Spring Street, Room 217J<br>Los Angeles, CA 90012 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/22/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/22/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sovereign Bank | mortgage - real estate (Capri) | P2 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. El Dorado - Real Estate-Partner | D | Distribution | O | W | | | | | |
| 2. Harbor City Mobile Park - Partner | D | Distribution | M | W | | | | | |
| 3. Sandpiper LTD - Partner | C | Distribution | M | W | | | | | |
| 4. Capital - Partner -Sacramento CA | C | Distribution | M | W | | | | | |
| 5. Capri - NY, NY | G | Distribution | P2 | W | | | | | |
| 6. Malibu - NY, NY | G | Distribution | P2 | W | | | | | |
| 7. BONDS: | | | | | | | | | |
| 8. City Natl Bank Cash Acct | A | Interest | K | T | | | | | |
| 9. BROKERAGE ACCT #1 | | | | | | | | | |
| 10. UB Highmark Div. MM | A | Interest | P1 | T | | | | | |
| 11. CA St GO | C | Interest | M | T | | | | | |
| 12. LA CA Uni Sel Dist | C | Interest | K | T | | | | | |
| 13. BROKERAGE ACCT #2 | | | | | Merged (with line 52) | 08/2015 | | | *see explanation |
| 14. BROKERAGE ACCT #3 | | | | | | | | | |
| 15. IRA - Rochdale Prime MM Fund | A | Interest | P1 | T | | | | | |
| 16. GNMA | A | Interest | | | Redeemed | 05/15/15 | J | | |
| 17. GNMA | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fed Home Loan Bk | A | Interest | | | Redeemed | 02/17/15 | M | | |
| 19. Fed Natl Mortgage Assn | | | M | T | Buy | 05/27/15 | M | | |
| 20. " " " " | A | Interest | | | Redeemed | 09/28/15 | M | | |
| 21. Fed Natl Mortgage Assn | | | M | T | Buy | 05/27/15 | M | | |
| 22. " " " " | A | Interest | | | Redeemed | 09/28/15 | M | | |
| 23. Fed Home Loan Bank | | | M | T | Buy | 07/27/15 | M | | |
| 24. " " " " | A | Interest | | | Redeemed | 10/27/15 | M | | |
| 25. Fed Hom Loan Bank | A | Interest | M | T | Buy | 11/13/15 | M | | |
| 26. CN Rochele Gov't MM | A | Interest | J | T | | | | | |
| 27. CA ST Bonds | D | Interest | N | T | | | | | |
| 28. BROKERAGE ACCT #4 | | | | | | | | | |
| 29. CA ST RFDG | C | Interest | L | T | | | | | |
| 30. CA ST Var Purp | C | Interest | M | T | | | | | |
| 31. CA ST RFDG | C | Interest | | | Redeemed | 06/01/15 | K | | |
| 32. CA ST Var Purp | C | Interest | M | T | | | | | |
| 33. RMA Fund Inc | A | Interest | O | T | | | | | |
| 34. BROKERAGE ACCT #5 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/22/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   JP Morgan Dep Acct | A | Interest | P1 | T | | | | | |
| 36.   State of CA | C | Interest | M | T | | | | | |
| 37.   CA ST RFDG | B | Interest | | | Redeemed | 08/03/15 | L | | |
| 38.   Top Ships Inc | | None | J | T | | | | | |
| 39.   BROKERAGE ACCT #6 | | | | | | | | | |
| 40.   WF Bank Deposit Sweep | A | Interest | P1 | T | | | | | |
| 41.   CA ST Var Purp | C | Interest | M | T | | | | | |
| 42.   CA ST Var Purp | D | Interest | M | T | | | | | |
| 43.   CA ST FGIC | A | Interest | J | T | | | | | |
| 44.   CA ST Var Purp | C | Interest | K | T | | | | | |
| 45.   CA ST RFDG | A | Interest | J | T | | | | | |
| 46.   CA ST | B | Interest | L | T | | | | | |
| 47.   CA ST | C | Interest | M | T | | | | | |
| 48.   CA ST Var Purp | D | Interest | M | T | | | | | |
| 49.   CA ST Water Res Dev-Ser | A | Interest | K | T | | | | | |
| 50.   CA ST | A | Interest | | | Redeemed | 08/03/15 | K | | *see explanation |
| 51.   CA ST Ref | B | Interest | | | Redeemed | 06/01/15 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BROKERAGE ACCT #7 | | | | | | | | | |
| 53. Morgan Stanley MM | A | Interest | N | T | | | | | |
| 54. CA ST | D | Interest | M | T | | | | | |
| 55. CA ST Var Purp | B | Interest | K | T | | | | | |
| 56. CA CT Var Purp | C | Interest | L | T | | | | | |
| 57. CA ST Var Purp | C | Interest | L | T | | | | | |
| 58. CA ST | D | Interest | M | T | | | | | |
| 59. CA ST Var Purp | A | Interest | | | Redeemed | 10/09/15 | J | | |
| 60. CA ST Var Purp | D | Interest | M | T | | | | | |
| 61. CA ST Rev Antic Notes | D | Interest | | | Redeemed | 06/23/13 | N | | *see explanation |
| 62. Discover Bank CD | A | Interest | | | Redeemed | 03/03/15 | M | | |
| 63. Bank of India CD | A | Interest | | | Redeemed | 01/07/15 | M | | |
| 64. Bank of India | | | M | T | Buy | 03/11/15 | M | | |
| 65. " " " | A | Interest | | | Redeemed | 06/10/15 | M | | |
| 66. Bank of India | | | M | T | Buy | 06/26/15 | M | | |
| 67. " " " | A | Interest | | | Redeemed | 09/28/15 | M | | |
| 68. First St. Bank CD | A | Interest | M | T | Buy | 10/09/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/22/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Everbank CD | | None | L | T | Buy | 10/16/15 | L | | |
| 70. Mizuho CD | | None | M | T | Buy | 10/21/15 | M | | |
| 71. Bank of India CD | | None | M | T | Buy | 10/22/15 | M | | |
| 72. Peoples Natl BK CD | A | Interest | M | T | Buy | 10/30/15 | M | | |
| 73. Mizrah Tefahot CD | | None | M | T | Buy | 10/23/15 | M | | |
| 74. Ally Bk CD | | None | M | T | Buy | 10/22/15 | M | | |
| 75. BROKERAGE ACCT #8 | | | | | | | | | |
| 76. Ban of America NA RASP | A | Interest | J | T | | | | | |
| 77. ML Short Term Global Income Black Rock IRRA | D | Distribution | L | T | | | | | |
| 78. Mutual Fund - Muni Inv Trust | A | Interest | K | T | | | | | |
| 79. ML Bank USA RASP CMA Fund | B | Interest | P1 | T | | | | | |
| 80. BROKERAGE ACCT #9 | | | | | | | | | |
| 81. CW Genl Govt Mny Mkt CIB | | None | K | T | | | | | |
| 82. BROKERAGE ACCT #10 | | | | | | | | | |
| 83. MM Funds - RBC | A | Interest | O | T | | | | | |
| 84. State of CA GO | A | Interest | L | T | | | | | |
| 85. State of CA GO | A | Interest | | | Redeemed | 03/02/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. State of CA GO | A | Interest | L | T | | | | | |
| 87. CA ST GO | B | Interest | | | Redeemed | 12/01/15 | K | | |
| 88. BROKERAGE ACCT #11 | | | | | | | | | |
| 89. WF Cash Acct | A | Interest | M | T | | | | | |
| 90. WF Bank Deposit Sweep | A | Interest | O | T | | | | | |
| 91. CA ST Var Purp | C | Interest | M | T | | | | | |
| 92. Everbank CD | A | Interest | | | Redeemed | 03/31/15 | M | | |
| 93. Fed Hm Loan Bk | A | Interest | | | Redeemed | 02/17/15 | M | | |
| 94. Bank of Baroda CD | A | Interest | | | Redeemed | 01/12/15 | M | | |
| 95. Comenity Cap Bk CD | A | Interest | | | Redeemed | 04/07/15 | M | | |
| 96. Fed Hm Loan Bk | A | Interest | | | Redeemed | 02/16/15 | M | | |
| 97. Bank Hapoalim CD | A | Interest | | | Redeemed | 03/24/15 | M | | |
| 98. CA St Var Purp | D | Interest | M | T | Buy | 01/08/15 | M | | |
| 99. Fed Hm Ln Mtg Corp | | | M | T | Buy | 01/08/15 | M | | |
| 100. " " " " " | A | Interest | | | Redeemed | 04/30/15 | M | | |
| 101. Bank of India CD | | | M | T | Buy | 05/13/15 | M | | |
| 102. " " | A | Interest | | | Redeemed | 11/18/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Bank Baroda CD | | | M | T | Buy | 05/13/15 | M | | |
| 104. Fed Hm Loan Bk | A | Interest | M | T | Buy | 05/07/15 | M | | |
| 105. Bank Hapoalim CD | | | M | T | Buy | 05/22/15 | M | | |
| 106. " " " | A | Interest | | | Redeemed | 11/30/15 | M | | |
| 107. Fed Hm Ln Mtg Corp | | | M | T | Buy | 06/24/15 | M | | |
| 108. " " " " " | A | Interest | | | Redeemed | 09/18/15 | M | | |
| 109. Comenity Bk CD | A | Interest | M | T | Buy | 09/22/15 | M | | |
| 110. Fed Hm Ln Bk | A | Interest | | | Redeemed | 09/21/15 | M | | *see explanation |
| 111. Harris Bank CA CD | | None | M | T | Buy | 09/24/15 | M | | |
| 112. Goldman Sachs CD | | None | M | T | Buy | 10/26/15 | M | | |
| 113. Beal Bank CD | | None | M | T | Buy | 10/28/15 | M | | |
| 114. JP Morgan Chase CD | | None | M | T | Buy | 10/30/15 | M | | |
| 115. Bank of India CD | | None | M | T | Buy | 11/12/15 | M | | |
| 116. BROKERAGE ACCT #12 | | | | | | | | | |
| 117. WF Bank Deposit Sweep | A | Interest | M | T | | | | | |
| 118. ITT Corp | A | Interest | | | Redeemed | 11/16/15 | K | | |
| 119. General Elec Co | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Yuba | A | Interest | K | T | | | | | |
| 121. CA EDL Rev Univ of Redlands | A | Interest | | | Redeemed | 02/16/15 | J | | |
| 122. Campbell CA CTFS | A | Interest | K | T | | | | | |
| 123. Lodi Uni Sch Dist | A | Interest | J | T | | | | | |
| 124. General Motors | A | Dividend | K | T | | | | | |
| 125. Metropolitan Water Dist | A | Interest | J | T | Buy | 11/19/15 | J | | |
| 126. CA ST GO | A | Interest | J | T | Buy | 06/18/15 | J | | |
| 127. Basset CA Unified | A | Interest | J | T | Buy | 04/13/15 | J | | |
| 128. El Camino Com College | A | Interest | K | T | Buy | 03/11/15 | K | | |
| 129. Metropolitan Water Dist | A | Interest | J | T | Buy | 03/11/15 | J | | |
| 130. CA State Var Pur | | | K | T | Buy | 02/04/15 | K | | |
| 131. " " " " | A | Interest | | | Redeemed | 08/03/15 | K | | |
| 132. Tulre CA | | | J | T | Buy | 06/18/15 | J | | |
| 133. " " " " | A | Interest | | | Redeemed | 08/17/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/22/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:  Investments and Trusts:

Line 13:      This acct was transferred to Account #7 Line 52, in August 2015

Line 50:       Column C(1):  Should have been listed as K in last year's report

Line 61:  CA ST Rev Antic Notes:  This should not have been on last year's report.  This was purchased in 2012 and redeemed 6/2013

Line 110:   This should have been on last year's report : bought 05/22/14

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/22/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen V. Wilson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544